EDWIN B. HIRSCHBERG, Respondent, *v.* JACQUES H. HECHT, Appellant.

(Submitted January 9, 1933; decided January 24, 1933.)

*Edwin R. Wolff* for appellant.

*Felix M. Rosenstock* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.